**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ALAN OKPECHI,                       ) | |
| Institutional ID No. 1941136,       ) | |
|                                     ) | |
|         **Plaintiff,**              ) | |
| vs.                                 ) | No. 3:14-CV-4413-P |
|                                     ) | |
| ANWAR BALOILI, et al.,              ) | |
|                                     ) | |
|         **Defendant.**              ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED** this 1st day of May, 2015.

_____
**JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE**